An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CURTIS BILLY BONILLA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63816

FILED

SEP 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a request for an evidentiary hearing. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule permits an appeal from an order denying a request for an evidentiary hearing, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-28575

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Curtis Billy Bonilla
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk